IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY L. BURCHETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-01278 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Knowles |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion to Remand") (Doc. No. 17), filed with a Memorandum in Support (Doc. No. 18). Defendant states that remand will permit the ALJ to

> update the medical record; further evaluate Plaintiff's mental impairments using the mandated special technique; further evaluate Plaintiff's residual functional capacity; further evaluate the opinion evidence in the record; evaluate Plaintiff's prior hearing decisions under the guidelines detailed in Acquiescence Rulings (AR) 98-3(6) and 98-4(6); if necessary, obtain vocational expert testimony; offer plaintiff the opportunity for a new hearing; and issue a new decision.

(Doc. No. 18 at 1.) Defendant also states that "Plaintiff's counsel has been contacted and he has no objection to this motion." (Doc. No. 17 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and **REMANDS** this case to the Commissioner. Accordingly, Plaintiff Terry L. Burchett's Motion for Judgment on the Administrative Record (Doc. No. 16) is **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT